UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENEVA LANGWORTHY,

              Plaintiff,

v.

CLALLAM COUNTY SHERIFF, *et al.*,

              Defendants.

CASE NO. 3:24-cv-05258-TMC

ORDER RENOTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND GRANTING EXTENSION FOR AMENDED COMPLAINT

    The District Court has referred Plaintiff Geneva Langworthy's pending Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States Magistrate Judge Grady J. Leupold pursuant to Amended General Order 11-22. Dkts. 1; 1-1. On April 25, 2024, the Court screened Plaintiff's Proposed Complaint and found it failed to state a claim upon which relief can be granted. *See* Dkt. 3. The Court also found that Plaintiff should be afforded an opportunity to amend her Proposed Complaint to try to state a claim, and directed her to file such an amended complaint on or before May 24, 2024. *See id.*

ORDER RENOTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND GRANTING EXTENSION FOR AMENDED COMPLAINT - 1

1    Prior to filing an amended complaint, on May 6, 2024, Plaintiff appealed the Court's April 25, 2024, Order to the Ninth Circuit Court of Appeals. *See* Dkt. 4. By Order dated May 22, 2024, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction. *See* Dkt. 6.

Although Plaintiff has not sought an extension of time for filing an amended complaint, out of an abundance of caution, the Court now affords Plaintiff until **June 7, 2024**, in which to do so.

Accordingly, it is hereby **ORDERED** that:

- Plaintiff's IFP Application (Dkt. 1) is **RENOTED** to **June 7, 2024**; and
- Plaintiff's proposed amended complaint, if any, **IS DUE** on or before **June 7, 2024**.

Dated this 24th day of May, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER RENOTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND GRANTING EXTENSION FOR AMENDED COMPLAINT - 2