UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>CLALLAM COUNTY SHERIFF; ALEX SCHODOWSKI; DAVE NEUPERT; BRENT BASDEN; AURORA BEARSE,<br><br>Defendants. | Case No. 3:24-cv-05258-TMC<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE |

The Court considers this matter on its own motion. On July 23, 2024, the Court screened the complaint in this case and dismissed all of Plaintiff Geneva Langworthy's claims with or without prejudice. Dkt. 9. It also granted her leave to amend her complaint to cure the deficiencies identified for certain claims and gave her until August 13, 2024 to do so. *Id.* at 17. This deadline has passed and Ms. Langworthy has not filed an amended complaint or made any new filings. Accordingly, the Court DISMISSES the claims it gave her an opportunity to amend WITHOUT PREJUDICE and without further leave to amend. Moreover, because all of Ms. Langworthy's claims are now dismissed without leave to amend pursuant to 28 U.S.C. §

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE - 1

1915(e)(2)(B), the Court DENIES her motion to proceed in forma pauperis (Dkt. 1) and DISMISSES this case.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 16th day of August, 2024.

Tiffany M. Cartwright
United States District Judge